*Rita M. Shair*, assistant state's attorney, in opposition.

Decided March 17, 1998

STATE OF CONNECTICUT *v.* WILLIAM CONNELLY

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 486 (AC 14639), is denied.

*William Connelly*, pro se, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided March 17, 1998

STATE OF CONNECTICUT *v.* MITCHELL HENDERSON

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 542 (AC 15998), is denied.

*Craig A. Raabe* and *James P. Ray*, special public defenders, in support of the petition.

*Harry Weller*, assistant state's attorney, in opposition.

Decided March 17, 1998

STANLEY CHANCE *v.* COMMISSIONER OF CORRECTION

The petitioner Stanley Chance's petition for certification for appeal from the Appellate Court, 47 Conn. App. 539 (AC 16327), is denied.